**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NATIONAL SCHOOL TOWEL SERVICE, INC., | Case No.: 15-CV-11276 |
| Plaintiff, | Honorable Judge Charles P. Kocoras |
| vs. | Designated Magistrate Judge Honorable Young B. Kim |
| HARTFORD CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, National School Towel Service, Inc. ("Plaintiff"), and Defendant, Hartford Casualty Insurance Company ("Defendant") (together the "Parties), by and through their undersigned counsel, hereby stipulate that the above entitled action be, and the same is hereby dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Dated: January 31, 2020

*/s/Andrew M. Plunkett*
Andrew M. Plunkett, Esq.
Michael L. Childress, Esq.
Daniel T. Loucks, Esq.
Childress Loucks & Plunkett
11 West Illinois Street, 4th Floor
Chicago, IL 60654
*Counsel for Plaintiff
National School Towel Service, Inc.*

*/s/K. Clarke Schirle*
K. Clark Schirle, Esq.
Jonathan K. Barger, Esq.
115 South LaSalle Street, Suite 3200
Chicago, Illinois 60603
(312) 456-0900
*Counsel for Defendant
Hartford Casualty Insurance Company*